JOSEPH W. CAMPANELLA et al., Respondents, v. WARREN H. PURSLEY, Defendant, and FRED J. NOETH, Doing Business as PLAINVIEW HERALD, Appellant.— In an action to recover damages for libel, the defendant Noeth appeals from an order of the Supreme Court, Nassau County, dated July 8, 1960, denying the motion made by him and his codefendant, to vacate their default which had been taken at an inquest and restoring their amended answer which had been stricken by reason of their failure to appear at an examination before trial. As to the appellant, order affirmed, with $10 costs and disbursements. A motion such as this — to open a default — is addressed to the sound discretion of the court at Special Term. Upon all of the circumstances appearing in the record before us we do not consider that such discretion was improvidently exercised. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

COUNTY UTILITIES, INC., Respondent, v. EASTERN GARDEN CENTER, INC., Defendant, and FRED A. HAUCK, Appellant.— In an action to recover on a series of promissory notes made and delivered by the corporate defendant and indorsed by the individual defendant Hauck, the latter appeals from the part of the order of the Supreme Court, Queens County, dated September 27, 1960, made on reargument, which adheres to the original order of August 23, 1960, insofar as it granted summary judgment against him, and which makes the same determination. With respect to the corporate defendant, the motion for summary judgment was denied because it had filed a petition in bankruptcy; and no appeal was taken from such denial. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

ELIZABETH DIERS, Also Known as ELIZABETH HECKELMANN, Respondent, v. JUNE A. HECKELMAN, Appellant.— In an action to declare that plaintiff is the owner of certain real property and that defendant's claim and deed thereto are invalid, defendant appeals: (1) from a judgment of the Supreme Court, Nassau County, entered January 26, 1959, after a nonjury trial, in favor of plaintiff; and (2) from an order, dated January 28, 1959, denying defendant's motion for a new trial and other relief. Judgment and order affirmed, with one bill of costs. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. [16 Misc 2d 872.]